UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-517 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DONALD R. ROBERTSON, | ) | |
| Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 10 day of January, 2002.

UNITED STATES MAGISTRATE JUDGE

FILED JAN 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK